COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00685-CR

Style:      Kanavius Dorsey v. The State of Texas

Date motion filed[*]:      January 8, 2015

Type of motion:      Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      November 3, 2014

     Number of extensions granted:      1      Current Due date: January 5, 2015

     Date Requested:      February 18, 2015

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: February 18, 2015

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

On November 4, 2014, the Clerk of this Court granted appellant's first extension, but warned counsel that no further extensions would be granted absent extraordinary circumstances. Because appellant's counsel states that he has been co-counsel on a death penalty case with a January 28, 2015 execution date and has been preparing for a January 14, 2015 writ hearing in another case, his second extension is granted, but no further extensions will be granted. Accordingly, if appellant's brief is not filed by February 18, 2015, the Court may abate for a hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes

         ☒ Acting individually      ☐ Acting for the Court

Date: January 22, 2015

November 7, 2008 Revision